IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:14-CR-76-BR-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| SERGIO GARZA, | ) | |
| | ) | |
| Defendant. | ) | |

This case comes before the court on defendant's unopposed motion (D.E. 20) to extend the deadline for filing pretrial motions. For good cause shown based on the facts and reasons stated in the motion, the motion is hereby GRANTED. It is ORDERED that the parties shall file all pretrial motions no later than **5 September 2014**. Responses shall be filed no later than **19 September 2014**.

SO ORDERED, this the 11th day of July 2014.

_____
James E. Gates
United States Magistrate Judge